

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

FEB 2 7 2006

J. T. NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROUSE                              .                                    PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 5:05cv73DCB-JMR

ASTEC                                                                  DEFENDANT

## ORDER

This cause comes before the Court in light of the parties proceeding before the

bankruptcy court in this matter, the Court finds that there appears to be no further reason to

maintain the file as an open one for statistical purposes. Parties are to notify the Court within ten

days of any matter needing the assistance of the Court.

Nothing contained in this minute entry shall be considered a dismissal or disposition of

this matter and should further proceedings in it become necessary or desirable, any party may

initiate it in the same manner as if this minute entry had not been entered .

This the 21th day of February , 2006.

_____
CHIEF UNITED STATES MAGISTRATE JUDGE